In the Matter of the Application of the Board of Rapid Transit Railroad Commissioners for the City of New York for the Appointment of Three Commissioners, etc. Brooklyn-Manhattan Rapid Transit.— Order signed.

In the Matter of the Application of Bartlett L'Hommedieu to Lay Out a Highway in the Town of Islip, and the Assessment of Damages Therefor.— Order of the County Court of Suffolk county confirmed and order signed.

In the Matter of the Application of Robert Kemp Wright, Jr., for Admission to the Bar.— Application granted.

In the Matter of the Application of the City of Mount Vernon for the Appointment of Commissioners (In re Fourth Street). George W. Weeks, Executor, Appellant; City of Mount Vernon, Respondent.— Motion denied.

Teachers' Building and Loan Association of New York, Appellant, v. Martha R. Severance and Stephen N. Severance, Respondents.— Motion granted and order of reversal amended.

George C. Rubino, Appellant, v. Edward A. Kearney, etc., Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. All concurred.

Henry V. Middleworth, Respondent, v. Woodbury Lowery, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. All concurred.

Henry V. Middleworth, Respondent, v. Woodbury Lowery, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. All concurred.

Michael Rosa, Respondent, v. Otto Volkening, Impleaded with Bertha Volkening, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. All concurred.

David C. Dearman, Appellant, v. Mary E. Reed and Others, Respondents. Henry R. Barrett, Referee, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. All concurred.

Theodore Prause, Appellant, v. The New York, Ontario and Western Railroad Company, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion.

Joseph W. Gott, as Administrator, etc., of Anton Slach, Deceased, Respondent, v. Erie Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion.

Barnet Symons, Appellant, v. Nassau Electric Railroad Company, Respondent. — Order unanimously reversed on argument and judgment directed on verdict, with costs.

Augustus J. Koehler, Appellant, v. Louisa J. Barker, Respondent.— Judgment modified on argument by striking out the provisions for costs, and as modified affirmed, without costs of this appeal.

Robert L. Cutting and Ross R. Auld, on Behalf of the Stockholders of the Staten Island Rapid Transit Railroad Company, Appellants, v. The Baltimore and Ohio Railroad Company and Others, Respondents.— Motion for reargument denied.

New York Phonograph Company, Respondent, v. Azel D. Matthews and Others, Appellants. —Interlocutory judgment affirmed, on consent, in open court, with costs.

New York Phonograph Company, Respondent, v. Sol. B. Davega, Appellant.— Interlocutory judgment affirmed, on consent, in open court, with costs.

New York Phonograph Company, Respondent, v. George L. Foote and Others, Appellants. —Interlocutory judgment affirmed, on consent, in open court, with costs.

The People of the State of New York, Respondent, v. Homer Lockwood Sarvis, Appellant.— Appeal transferred to the first department.

William H. Machinchy, Respondent, v. Frederick Brooke, Defendant; Joseph Mack and Charles Peace, Composing the Firm of Brooke, Mack & Peace, Appellants.— Motion denied.

---

## THIRD DEPARTMENT, JANUARY TERM, 1902.

Horace H. Dibble, Claimant, Appellant, v. The State of New York, Respondent.— Motion denied, with ten dollars costs.—
PER CURIAM: The notice of appeal served herein was in time. The statutes relating to the Board of Claims existing in 1897 provided (Laws 1883, chap. 205, § 10, as amd. by Laws 1896, chap. 451): "The appeal must be taken within thirty days after the service of notice of the final award or order of the board." It also provided (§ 3, as amd. by Laws of 1888, chap. 365): "Said board shall have authority to establish rules for its government; and the forms and methods of procedure before it." The rules established by said board provided: "Appeals from final order or award of the Board in any claim must be taken within thirty days after service of such final order or award." The letters written by the clerk of the Board of Claims to the attorney for the claimant herein did not amount to a service of the final order or award. Motion should be denied, with ten dollars costs. All concurred.

John C. Ball, Appellant, v. George C. Durham and Ellen M. Bond, Respondents.— Order affirmed, with costs. No opinion. All concurred.

Charles B. Du Bois et al., Respondents, v. John J. Zimmerman, Appellant.— Motion denied, with ten dollars costs. All concurred.

The First National Bank of Plattsburgh, N. Y., Respondent, v. David B. Sickels and Marie Blanche Sickels, Impleaded with Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. All concurred.

Bradford D. Kellogg, as Administrator, etc., of Maud M. Kellogg, Deceased, v. Albany and Hudson Railway and Power Company.— Motion denied, with ten dollars costs. All concurred.

Daniel F. Keefe, Appellant, v. William A. Bannin, Respondent.— Motion denied, with ten dollars costs. All concurred.

Chatfield Leonard, as Receiver, etc., Plaintiff, v. Curtis A. Barnum and Others, Defendants.— Motion granted, with ten dollars costs. All concurred.

In the Matter of the Charges of Zeb A. Dyer, District Attorney of Albany County, New York, v. Edmund C. Knickerbocker, an Attorney and Counselor at Law of the Supreme Court of the State of New York.— Referred to Hon. Samuel Edwards.

Napoleon I. Pelkey, as Administrator, etc., of Gilbert Pelkey, Deceased, Respondent, v. The Town of Saranac, Appellant.— Motion denied. All concurred.

Robert E. Salisbury, Respondent, v. E. W. Howell Company, Appellant.— Judgment and order affirmed, with costs. No opinion.